

# CASE, MOSES, ZIMMERMAN & MARTIN, P.A.

ATTORNEYS AT LAW
D. Michael Case
David H. Moses
William H. Zimmerman, Jr.
Tammy M. Martin
Susan G. Saidian
Chris J. Pate
Brian P. Duncan*
Suzanne R. Dwyer, Of Counsel
John E. Foulston, Special Counsel

*Also Licensed in Missouri

900 Garvey Center
200 West Douglas
Wichita, Kansas 67202
Telephone: 316-303-0100
Facsimile: 316-265-8263

dmc@cmzwlaw.com

120 W. Rutledge
P.O. Box 181
Yates Center, Kansas 66783
620-625-2183
620-625-3248

Retired
Thomas L. Wilson

September 15, 2009

FILED
AT WICHITA, KS
SEP 16 2009

Clerk of the Bankruptcy Court
401 N. Market
Wichita, KS 67202

Re:   L.G. Pike Construction, Inc.
      Bankruptcy Case No. 02-13504

To Whom It May Concern:

Enclosed is the debtor's check number 3395 in the amount of $18.42 representing unsecured creditor distribution #24 to the following

| | |
|---|---|
| Bel Labs, Inc. | $ 2.69 |
| R.L. Polke | $ 4.31 |
| Southwestern Bell Yellow Pages | $ 6.21 |
| Transwestern Publishing | $ 2.63 |
| Tribomaxx Corp. | $ 2.58 |
| | $18.42 |

Very truly yours,

D. Michael Case

DMC/dw
Enclosure

| Vendor: Clerk of US Bankruptcy Court | | | Check: 3395 | | Check date: 09/10/2009 |
|---|---|---|---|---|---|
| Invoice # | Invoice Date | | Gross Amount | Retn Amount | Net Amount |
| #000005264 | 09/10/2009 | Clerk of US Bankrupt | 18.42 | 0.00 | 18.42 |

Bell Labs, Inc       $2.69
RL Polke Co.         $4.31
Southwestern Bell Yellow Pages   $6.21
Transwestern Publishing   $2.63
Tribomaxx Corp.      $2.58

UNITED STATES
BANKRUPTCY CT-KANSAS

Wichita Division

# 50126192 - HO
September 16, 2009 G

Code    Case #    Qty    Amount

SMQLL DT 82-13504              18.42 CH
    Debtor - LG Pike Construction

TOTALS         18.42

FROM: LG PIKE CONST CO INC
      815 W MADISON
      ARKANSAS CITY KS 67005

Check Amount        *****18.42