

# CASE, MOSES, ZIMMERMAN & MARTIN, P.A.

ATTORNEYS AT LAW
D. Michael Case
David H. Moses
William H. Zimmerman, Jr.
Tammy M. Martin
Susan G. Saidian
Chris J. Pate
Suzanne R. Dwyer, Of Counsel
John E. Foulston, Special Counsel

900 Garvey Center
200 West Douglas
Wichita, Kansas 67202
Telephone: 316-303-0100
Facsimile: 316-265-8263

dmc@cmzwlaw.com

120 W. Rutledge
P.O. Box 181
Yates Center, Kansas 66783
620-625-2183
620-625-3248

Retired
Thomas L. Wilson

December 18, 2009

Clerk of the Bankruptcy Court
United States Courthouse
401 N. Market
Wichita, KS 67202

Re:  L.G. Pike Construction, Inc.
     Bankruptcy Case No. 02-13504

To Whom It May Concern:

Enclosed is the debtor's check number 3440 in the amount of $18.42 representing unsecured creditor distribution #25 to the following

| | |
|---|---|
| Bel Labs, Inc. | $ 2.69 |
| R.L. Polke | $ 4.31 |
| Southwestern Bell Yellow Pages | $ 6.21 |
| Transwestern Publishing | $ 2.63 |
| Tribomaxx Corp. | $ 2.58 |
| | $18.42 |

Very truly yours,

D. Michael Case

DMC/dw
Enclosure