

# CASE, MOSES, ZIMMERMAN & MARTIN, P.A.

ATTORNEYS AT LAW
D. Michael Case
David H. Moses
William H. Zimmerman, Jr.
Tammy M. Martin
Susan G. Saidian
Chris J. Pate
Suzanne R. Dwyer, Of Counsel

Retired
Thomas L. Wilson
John E. Foulston

O.W. Garvey Center
200 West Douglas Ave., Suite 900
Wichita, Kansas 67202
Telephone: 316-303-0100
Toll-Free: 866-303-0101
Facsimile: 316-265-8263

www.cmzwlaw.com
dmc@cmzwlaw.com

Overland Park, KS Office:
7011 West 121st Street
Corporate Lakes
Overland Park, Kansas 66209
T: 913-948-9360
888-250-3871
F: 913-451-1553

March 18, 2010

Clerk of the Bankruptcy Court
United States Courthouse
401 N. Market
Wichita, KS 67202

Re:  L.G. Pike Construction, Inc.
     Bankruptcy Case No. 02-13504

To Whom It May Concern:

Enclosed is the debtor's check number 3485 in the amount of $18.42 representing unsecured creditor distribution #26 to the following

| | |
|---|---|
| Bel Labs, Inc. | $ 2.69 |
| R.L. Polke | $ 4.31 |
| Southwestern Bell Yellow Pages | $ 6.21 |
| Transwestern Publishing | $ 2.63 |
| Tribomaxx Corp. | $ 2.58 |
| | $18.42 |

Very truly yours,

D. Michael Case

DMC/dw
Enclosure